**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**John K. WILLIAMS, Defendant—
Appellant.**

**United States of America,
Plaintiff—Appellee,**

v.

**John K. Williams, Defendant—
Appellant.**

**United States of America,
Plaintiff—Appellee,**

v.

**John K. Williams, Defendant—
Appellant.**

**Nos. 06–8031, 06–8032, 06–8036.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2007.

Decided: June 1, 2007.

Alvin Ernest Entin, Entin, Della Fera &
Greenberg, PA, Fort Lauderdale, Florida,
for Appellant. Jane Barrett Taylor, Office
of the United States Attorney, Columbia,
South Carolina, for Appellee.

Before WILKINSON and WILLIAMS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John K. Williams seeks to appeal the
district court's orders and judgment deny-
ing relief on his 28 U.S.C. § 2255 (2000)
motion and his motions for reconsideration
or to alter/amend. The orders are not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate of
appealability will not issue absent "a sub-
stantial showing of the denial of a constitu-
tional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any disposi-
tive procedural ruling by the district court
is likewise debatable. *Miller–El v. Cock-
rell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDan-
iel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683–84 (4th Cir.2001). We have inde-
pendently reviewed the record and con-
clude Williams has not made the requisite
showing. Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peals. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*